IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIDY TANG, individually and on behalf of the classes defined herein, | ) ) ) |
| Plaintiff, | ) 12-cv-6330 ) ) Judge Gottschall |
| v. | ) ) |
| NATIONWIDE CREDIT AND COLLECTION INC, | ) ) ) |
| Defendant. | ) ) |

ORDER

NOW BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal and request for the Court to retain jurisdiction for 60-days for the purpose of effectuating the parties' settlement.

IT IS HEREBY ORDERED:

1. Plaintiff's case is dismissed without prejudice;

2. The Court shall retain jurisdiction over this matter until January 4, 2013, for the purpose of effectuating the parties' settlement; and

3. If no motion to enforce the settlement agreement is filed on or before January 4, 2013, this Order shall then be converted to dismissal with prejudice of Plaintiff's claim.

**ENTERED:**

11-19-12
Date

_____
Hon. Joan B. Gottschall
United States District Court Judge